JAMES N. GRINTER, &c., v. THE KANSAS PACIFIC RAILWAY COMPANY.

The opinion of the court was delivered by

HORTON, C. J.: Under the authority of the above case of *James C. Grinter v. The Kansas Pacific Railway Company*, and the principles therein decided, the order and judgment of the district court in this case will also be affirmed.

All the Justices concurring.